### 13753. MANN *v.* THE STATE.

BROYLES, C. J. The exclusion of evidence as complained of was not error. The verdict was authorized by the evidence and approved by the trial court. *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED NOVEMBER 14, 1922.

Accusation of possessing liquor; from city court of Barnesville — Judge Redding. May 15, 1922.

Victor Mann was convicted upon an accusation charging him and Gulledge and Evans with possession of intoxicating liquor. From the evidence it appears that these defendants and Allen Mann were discovered by the sheriff and others on December 25, 1921, at a still at which intoxicating liquor was being made and at which whisky and several barrels of beer were found, and that Victor Mann had beer or slop on his clothes, and his hands were smutty, and he picked up a funnel. In his statement at the trial he said: "I merely went there to get some whisky, and got caught before I got it." The sheriff testified: "We found a bottle of whisky in the pocket of Allen Mann, and he pleaded guilty to having whisky in his possession." The defendant Victor Mann offered in evidence an accusation against Allen Mann, with a plea of guilty entered thereon, which accusation was identical in terms with the accusation in this case, except as to the defendants and the date of the offense, which was there alleged to be December 26, 1921. The court excluded this proffered evidence, and its exclusion is the only ruling complained of in the motion for a new trial.

*Dobbs & Barrett,* for plaintiff in error.

*Herman M. Johnson, solicitor,* contra.

12